NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000705
21-MAY-2013
08:26 AM**

NO. CAAP-11-0000705

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
BARABBAS DIETRICH, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 10-1-2075)

ORDER OF CORRECTION
(By: Foley, J., for the court[1])

IT IS HEREBY ORDERED that the Memorandum Opinion filed May 17, 2013 in the above case is corrected as follows:

On page 6, in the second line of the second complete paragraph, the word "rational" should be "rationale" so that as corrected the sentence shall read:

"Nothing in the record, nor in the allegedly suppressed 2005 PSI, demonstrated a rationale for ordering a mental examination under HRS § 704-404."

---

[1] Nakamura, C.J., Foley and Leonard, JJ.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, May 21, 2013.

FOR THE COURT:

Presiding Judge